IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| M. DUGAN, KAREN DUGAN, and MARK S. DUGAN AS TRUSTEE OF THE GDM FAMILY TRUST,<br><br>     Plaintiffs,<br>v.<br><br>PHILLIPS WIEGAND, JR., PILIANA M. SCHAMENS, INVICTUS CAPITAL GROWTH AND INCOME FUND,LLP, INVICTUS ASSET MANAGEMENT, LLC, INVICTUS INCOME FUND, LLP, INVICTUS REAL ESTATE INVESTMENT, LLP) INVICTUS FUNDS, LLC, TRADEDESK FINANCIAL GROUP, INC., TRADEDESK FINANCIAL CORP., TRADESTREAM ANALYTICS, LTD., INVICTUS CAPITAL GROWTH FUND, LLP, INVICTUS HOLDINGS, LLP, TRADEDESK CAPITAL, LLC,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 3:15-cv-00366-RJC-DSC**<br><br><br>**ORDER** |

**UPON CONSIDERATION** of Plaintiffs' and Defendant Wiegand's Notice of Pending

Settlement and Joint Motion to Stay Case and/or Certain Deadlines between Plaintiffs and

Defendant Wiegand , and having reviewed the entire record of this case, and noting the consent

between the Plaintiffs and Defendant Wiegand , the Court is of the opinion that such Motion should

be **GRANTED** and that the case should be stayed as between Plaintiffs and Defendant Wiegand,

only, and the case and any/all existing deadlines are hereby stayed as between Plaintiffs and

Defendant Wiegand, only for thirty (30) days from the entry of this Order, pending the filing of a

stipulation of dismissal with prejudice, which shall be filed upon finalization of these parties'

settlement within thirty (30) days of entry of this Order.

  **SO ORDERED**.

      Signed: January 4, 2016

      _____

      David S. Cayer
      United States Magistrate Judge