# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00366-RJC-DSC

| | |
|---|---|
| M. DUGAN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PHILLIPS WIEGAND JR., et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court following filing of Plaintiff's "Stipulation of Dismissal of Claims Against Phillips Wiegand Jr. Only" (document #34).

Accordingly, "Defendant Phillips Weigand, Jr.'s Motion to Dismiss …" (document #4) is administratively denied as moot.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 8, 2016

David S. Cayer
United States Magistrate Judge