# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00366-RJC-DSC

| | |
|---|---|
| M. DUGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INVICTUS ASSET MANAGEMENT, ) | |
| LLC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' "Reply to Motion for Entry of Default" (document # 41) filed March 4, 2016. In the Reply Defendants request an extension of time until March 7, 2016 to respond to Plaintiff's Complaint. This case was filed on August 11, 2015 and three extensions of time have been previously granted to Defendants. See documents ## 33, 37 and 39. Therefore, the Motion will be denied.

The Clerk is directed to send copies of this Order to counsel for the Plaintiff, pro se Defendants; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 7, 2016

David S. Cayer
United States Magistrate Judge