# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:15-cv-00366-RJC-DSC

| | |
|---|---|
| M. DUGAN, KAREN DUGAN, and MARK S. DUGAN, as trustee of THE GDM FAMILY TRUST,<br><br>           **Plaintiffs,**<br><br>      **v.**<br><br>PILIANA M. SCHAMENS,<br>DAVID W. SCHAMENS,<br>INVICTUS CAPITAL GROWTH<br>AND INCOME FUND, LLP,<br>INVICTUS ASSET MANAGEMENT,<br>LLC, INVICTUS INCOME FUND,<br>INVICTUS REAL ESTATE INVESTMENT,<br>LLP, INVICTUS FUNDS, LLC,<br>TRADEDESK FINANCIAL GROUP, INC.,<br>TRADEDESK FINANCIAL CORP.,<br>TRADESTREAM ANALYTICS, LTD.,<br>INVICTUS CAPITAL GROWTH FUND,<br>LLP, INVICTUS HOLDINGS, LLP,<br>TRADEDESK CAPITAL, LLC,<br><br>           **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **<u>ORDER</u>** |

**THIS MATTER** comes before the Court on sua sponte following the Clerk of Court's Entry of Default on March 8, 2016. (Doc. No. 44). Plaintiffs moved for entry of this default on March 3, 2016. (Doc. No. 40). However, they have not made a motion for default judgment following the Clerk's entry. On July 13, 2016, the Court reminded Plaintiffs that they needed to separately move for default judgment under Federal Rule of Civil Procedure 55(b). Plaintiffs have not responded.

The Court orders Plaintiffs to file a motion for default judgment within **fourteen (14) days** of the date of this Order. <u>See</u> <u>Kashaka v. Baltimore Cnty.</u>, 450 F. Supp. 2d 610, 614 n.3

(D. Md. 2006).  Should Plaintiffs fail to obey this Order, the Court will set aside the Entry of Default and dismiss Plaintiffs' claims against the defendants.  See id.; Fed. R. Civ. P. 16(f); 41(b).

**IT IS, THEREFORE, ORDERED** that Plaintiffs must file a motion for default judgment within fourteen (14) days of the date of this Order.

Signed: July 22, 2016

Robert J. Conrad, Jr.
United States District Judge