IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-cv-00366

| | |
|---|---|
| GUY M. DUGAN, KAREN DUGAN, and MARK S. DUGAN AS TRUSTEE OF THE GDM FAMILY TRUST, | |
| Plaintiffs, | |
| v. | |
| PHILLIPS WIEGAND, JR., PILIANA M. SCHAMENS, DAVID W. SCHAMENS, INVICTUS CAPITAL GROWTH AND INCOME FUND, LLP, INVICTUS ASSET MANAGEMENT, LLC, INVICTUS INCOME FUND, LLP, INVICTUS REAL ESTATE INVESTMENT, LLP, INVICTUS FUNDS, LLC, TRADEDESK FINANCIAL GROUP, INC., TRADEDESK FINANCIAL CORP., TRADESTREAM ANALYTICS, LTD., INVICTUS CAPITAL GROWTH FUND, LLP, INVICTUS HOLDINGS, LLP, TRADEDESK CAPITAL, LLC, | **MOTION FOR DEFAULT JUDGMENT and TO CORRECT TYPOGRAPHICAL ERROR OF PLAINTIFF GUY M. DUGAN'S NAME IN THE CAPTION** |
| Defendants. | |

NOW COMES, Guy M. Dugan, Karen Dugan and Mark S. Dugan as Trustee of the GDM Family Trust ("Plaintiffs"), by and through the undersigned counsel of record, and move the Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure for default judgment against Defendants Piliana M. Schamens, David W. Schamens, Invictus Capital Growth and Income Fund, LLP, Invictus Asset Management, LLC, Invictus Income Fund, LLP, Invictus Real Estate Investment, LLP, Invictus Funds, LLC, TradeDesk Financial Group, Inc., TradeDesk Financial Corp., TradeStream Analytics, Ltd., Invictus Capital Growth Fund, LLP, Invictus

Holdings, LLP, and TradeDesk Capital, LLC (collectively, the "Defendants"). In support of this Motion, Plaintiffs show unto the Court as follows:

1. The complaint in this matter was filed on August 11, 2015 (the "Complaint").

2. Waivers of Service for each of the Defendants were filed on November 23, 2015.

3. Through three (3) separate Orders entered on January 14, 2016, February 11, 2016, and March 1, 2016, the responses of the Defendants to the Complaint were extended and finally due on or before March 2, 2016.

4. Plaintiffs filed their Motion for Entry of Default on March 3, 2016 and the Clerk entered default against the Defendants on or about March 7, 2016.

5. By Order dated July 22, 2016, this Court ordered the Plaintiffs to move for default judgment on or before August 5, 2016.

6. Based on the March 7, 2016 entry of default and the Court's July 22, 2016 Order, the Plaintiffs now move for default judgment.

7. In support of this Motion for Default Judgment, the Plaintiffs submit under seal the affidavits of Guy M. Dugan, Karen Dugan and Mark S. Dugan (the "Affidavits"), which are incorporated herein by reference. A separate Motion to Seal is being submitted contemporaneously herewith.

8. As more particularly stated in the Affidavits, each of the Plaintiffs' principal investment with the Defendants that remains outstanding is as follows:

      a. Guy M. Dugan:     **$537,075.19**

      b. Karen Dugan:     **$26,554.57**

      c. GDM Family Trust:     **$68,412.53**

These amounts are the principal amounts given by the Plaintiffs to the Defendants to invest and do not include any lost profits or other gains. As set forth in the Affidavits, the last monthly statement submitted by the Defendants to the Plaintiffs states that the market values of these principal investments were $1,454,804.10 (Guy M. Dugan), $73,338.27 (Karen Dugan), and $137,257.87 (GDM Family Trust).

9.    In further support of this Motion for Default Judgment, Plaintiffs' counsel is filing an attorneys' fees affidavit (the "Fee Affidavit"), which is incorporated herein by reference.

10.    As more particularly stated in the Fee Affidavit, the fees incurred by the Plaintiff with regard to this matter (excluding fees incurred related to former Defendant Phillips Wiegand, Jr. total $13,057.50.

11.    Plaintiff Guy M. Dugan further moves this Court pursuant to Rule 15 to amend the caption in this matter to correct a typographical error. The current caption lists Guy M. Dugan's name as only "M. Dugan" and it should read "Guy M. Dugan" as set forth in the body of the Complaint. Therefore, Plaintiff Guy M. Dugan moves the Court to amend the caption to add his full name "Guy M. Dugan" for what is currently listed as only "M. Dugan."

12.    A brief in support of this Motion for Default Judgment and to Amend Caption is being submitted contemporaneously herewith.

WHEREFORE, Plaintiffs prays the Court as follows:

1.    For default judgment against the Defendants, jointly and severally, in the following principal amounts in favor of each of the Plaintiffs:

      a.  Guy M. Dugan:        **$537,075.19**

      b.  Karen Dugan:        **$26,554.57**

      c.  GDM Family Trust:    **$68,412.53**

And on each of the following causes of action contained in the Complaint:

- **FIRST CAUSE OF ACTION**(Fraudulent Inducement)

- **SECOND CAUSE OF ACTION**(Fraud)

- **THIRD CAUSE OF ACTION**(Breach of Fiduciary Duty)

- **FOURTH CAUSE OF ACTION**(Constructive Fraud)

- **FIFTH CAUSE OF ACTION**(Conversion)

- **SIXTH CAUSE OF ACTION** (Securities Fraud)

- **EIGHTH CAUSE OF ACTION** (Unfair and Deceptive Trade Practices)

- **NINTH CAUSE OF ACTION**(Piercing the Corporate Veil)

- **TENTH CAUSE OF ACTION**(Civil Conspiracy – Joint and Several Liability)

- **TWELFTH CAUSE OF ACTION** (Unjust Enrichment and Constructive Trust)

2.      For an award of post judgment interest pursuant to 28 U.S.C. § 1961 from the date the judgment is entered until the judgment is paid in full.

3.      That, pursuant to N.C.G.S. § 75-16, the compensatory damages be trebled against the Defendants, jointly and severally.

4.      For, pursuant to N.C.G.S. § 75-16.1, an award of attorneys' fees from Defendants, jointly and severally, in the amount of $13,057.50.

5.      For the case caption to be amended to include the full name of "Guy M. Dugan" and for the default judgment to be entered in favor of Guy M. Dugan as set forth above.

6.      For such other and further relief as the Court deems just and proper.

This the 5th day of August, 2016.

**Respectfully submitted,**

By:     **s/ Mark R. Kutny**

Mark R. Kutny (NC Bar # 29306)
*Attorney for Plaintiffs*

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
201 South College Street, Suite 2020
Charlotte, North Carolina  28244-2020
Telephone: (704)344-1117
Fax: (704) 344-1483
E-mail: mkutny@lawhssm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing **Motion for Default Judgment** was served upon all parties of record by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

David W. Schamens
Piliana M. Schamens
138 Arnold Palmer Drive
Advance, NC 27006

This the 5th day of August, 2016.

By:  **s/ Mark R. Kutny**
Mark R. Kutny (NC Bar # 29306)
*Attorney for Plaintiffs*

HAMILTON STEPHENS
STEELE + MARTIN, PLLC
201 South College Street, Suite 2020
Charlotte, North Carolina 28244-2020
Telephone: (704)344-1117
Fax: (704) 344-1483
E-mail: mkutny@lawhssm.com