# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00366-RJC-DSC

| | | |
|---|---|---|
| M. DUGAN, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILLIPS WIEGAND JR., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiffs' "Notice of Settlement and Motion to Stay Entry of Default Judgment or Dismissal" (document # 57) filed November 10, 2016. Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 18, 2016

David S. Cayer
United States Magistrate Judge